# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MARY ATUPULAZI,

CIVIL 08 - 90 (PGS)

V.

NORTHWEST AIRLINES, INC.

ORDER FOR DISMISSAL
Pursuant to General
Rule 41.1

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since notice from the Clerk on May 12 2008,

It is on this 4th day of June 2008,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

PETER G. SHERIDAN, U.S.D.J.